IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SETH WILLIAMS, :
    Petitioner :
:
vs.                            CIVIL NO. 1:CV-11-0046
:
DOMINIC DEROSE, :
    Respondent :

*O R D E R*

AND NOW, this 2nd day of March, 2011, upon consideration of the report (doc. 5) of the magistrate judge, filed January 26, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. The 28 U.S.C. 2241 petition (doc. 1) is dismissed.

    3. The Clerk of Court shall close this file.

                                       /s/William W. Caldwell
                                       William W. Caldwell
                                       United States District Judge